1  BENJAMIN B. WAGNER
   United States Attorney
2  MEGAN A.S. RICHARDS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  IN THE MATTER OF THE SEARCH OF, | CASE NO. 5:15-SW-0036 JLT |
| 12  | MOTION AND ORDER TO UNSEAL SEARCH WARRANT |
| 13  Google, Inc. | |
|     1600 Amphitheatre Parkway, | |
| 14  Mountain View, CA 94043. | |
| 15  | |

16

17      The United States of America hereby applies to this Court for an order pursuant to Rule 6(e) of

18  the Federal Rules of Criminal Procedure. There no longer exists any reason to keep the search warrant

19  underseal as the defendant has been arrested.

20          Based on the foregoing, the United States respectfully requests that the search warrant be

21  unsealed and made public record

22                                                BENJAMIN B. WAGNER
    Dated: November 22, 2016                      United States Attorney
23

24                                                 /s/ MEGAN A.S. RICHARDS
                                                  MEGAN A.S. RICHARDS
25                                                Assistant United States Attorney

26

27

28

1

BENJAMIN B. WAGNER
United States Attorney
MEGAN A.S. RICHARDS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF,<br><br>Google, Inc.<br>1600 Amphitheatre Parkway,<br>Mountain View, CA 94043. | CASE NO. 5:15-SW-0036 JLT<br><br>ORDER TO UNSEAL SEARCH WARRANT |

The search warrant was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.  The Court **ORDERS** that the case be unsealed, and be made public record.

IT IS SO ORDERED.

Dated:  **November 22, 2016**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

2